MAY 8 2026 PM12:01
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: ADMINISTRATIVE SUBPOENA     Case No. 3:26MJ 538 (TOF)

## NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding the following provider: **Block Inc.** (hereinafter "the Provider"), electronic communication service providers and/or remote computing services, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the administrative subpoena **CD-26-216498** (hereinafter "the Subpoena"), until November 7, 2026, absent further order of the Court.

The Court determines that there is reason to believe that notification of the existence of these Subpoena will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardize an investigation or unduly delay a trial. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena to the listed subscriber or to any other person, November 7, 2026, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

It is so ordered this 7 day of May 2026 at Hartford, Connecticut.

*Thos. O. Farrish* Date: 2026.05.07
15:21:56 -04'00'

HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE